UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BENVINDO RODRIGUES, ANDRE PINTO,
MARCOS DASILVA, GIVANILDO SOUSA,
OLAVO PEREIRA-MARTINS, and DANIELSON
MARTINS-RODRIGUE, Individually and on
Behalf of All Similarly-Situated Employees,
        *Plaintiffs,*

v.     C.A. NO.  1:19-cv-10409-DJC

WCP CONSTRUCTION, CORP.; RONDON
SIDING CORP.; EXCEL GROUP CORP;
NATIONAL LUMBER COMPANY; RELIABLE
TRUSS AND COMPONENTS, INC.; WEDER
PEREIRA; CRISTINA PEREIRA; WAGNER
SOUZA; JOEL DA COSTA; MANUEL PINA; and
STEVEN KAITZ,
        *Defendants.*

### PLAINTIFFS' ASSENTED-TO MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL, PRELIMINARY REVIEW OF SETTLEMENT, AUTHORIZATION OF DISTRIBUTION OF NOTICE, AND SETTING DATE FOR FINAL FAIRNESS HEARING

Plaintiffs Benvindo Rodrigues, Andre Pinto, Marcos Dasilva, Givanildo Sousa, Olavo Pereira-Martins, and Danielson Martins-Rodrigue individually and on behalf of all similarly-situated employees of Defendants hereby file this Assented-To Motion for Class Certification, Appointment of Class Representatives and Class Counsel, Preliminary Review of Settlement, Authorization of Distribution of Notice, and Setting Date for Final Fairness Hearing pursuant to Rule 23 of the Federal Rules of Civil Procedure ("Rule 23").  Defendants have assented to this motion.

As described in the Memorandum of Law filed herewith in support of this Motion, the parties have reached a fair, reasonable, and adequate settlement. The Court should grant this Motion so that the parties can distribute notice to the proposed class members and resolve the disputed issues in accordance with the Settlement Agreement and applicable law.

WHEREFORE, the Plaintiffs request this Court grant this Assented-to-Motion.

>Respectfully submitted,
>
>For the Plaintiffs,
>By their Attorneys,
>
>*/s/ Chip Muller*
>Chip Muller, Esq. (BBO #672100)
>Nancy Sheinberg, Esq. (pro hac vice)
>MULLER LAW, LLC
>47 Wood Avenue
>Barrington, RI 02806
>(401) 256-5171 (Tel)
>(401) 256-5178 (Fax)
>chip@mullerlaw.com
>nancy@mullerlaw.com

Dated: January 29, 2020

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of January 2020, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, with a copy sent via electronic mail to all registered recipients and via first-class mail to all unregistered recipients.

/s/ *Chip Muller, Esq.*
Muller Law, LLC
Counsel for Plaintiffs