UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BENVINDO RODRIGUES, ANDRE PINTO,
MARCOS DASILVA, GIVANILDO SOUSA,
OLAVO PEREIRA-MARTINS, and DANIELSON
MARTINS-RODRIGUE, Individually and on
Behalf of All Similarly-Situated Employees,
     *Plaintiffs,*

v.                                                                                                                                                                                   C.A. NO.  19-cv-10409-DJC

WCP CONSTRUCTION, CORP.; RONDON
SIDING CORP.; EXCEL GROUP CORP.;
NATIONAL LUMBER COMPANY; RELIABLE
TRUSS AND COMPONENTS, INC.; WEDER
PEREIRA; CRISTINA PEREIRA; WAGNER
SOUZA; JOEL DA COSTA; MANUEL PINA; and
STEVEN KAITZ,
     *Defendants.*

**PARTIES' JOINT MOTION FOR**
**<u>FINAL APPROVAL OF SETTLEMENT</u>**

Plaintiffs Benvindo Rodrigues, Andre Pinto, Marcos Dasilva, Givanildo Sousa, Olavo Pereira-Martins, and Danielson Martins-Rodrigue, individually and on behalf of all similarly-situated employees of Defendants, and Defendants WCP Construction, Corp., Excel Group Corp., National Lumber Company, Reliable Truss and Components, Inc., Weder Pereira, Cristina Pereira, Manual Pina, and Steven Kaitz,, respectfully move this Court for an Order granting the Parties' Joint Motion for Final Approval of Settlement, as more fully described in the Memorandum of Law submitted in support of this Motion ("Memorandum of Law").  The proposed settlement ("Settlement"), as set forth in the Class Settlement Agreement and General

Release dated as of January 23, 2020 (the "Settlement Agreement"),[1] was reached after extensive arms' length negotiations between the parties and their experienced counsel.  The Settlement has been well-received:  no Class Member objected to the Settlement and no Class Member opted out of the Settlement.  The Settlement is fair, reasonable, and adequate and warrants final approval

**WHEREFORE**, the Parties respectfully request that the Court grant this motion and enter the proposed order accompanying the Memorandum of Law.

---

[1] A copy of the Settlement Agreement was attached as <u>Exhibit 1</u> to Plaintiffs' memorandum in support of the Motion for Class Certification and Preliminary Approval.  (Doc. No.72-1.)  Terms referred to herein defined in the Settlement Agreement shall have the meanings ascribed to them in the Settlement Agreement.

Respectfully submitted, this 4th day of May, 2020.

**PLAINTIFFS BENVINDO RODRIGUES, ANDRE PINTO, MARCOS DASILVA, GIVANILDO SOUSA, OLAVO PEREIRA-MARTINS, and DANIELSON MARTINS-RODRIGUE, individually and on behalf of all similarly-situated employees,**
By their attorney,

/s/ Chip Muller
Chip Muller (BBO #672100)
cihp@mullerlaw.com
Nancy S. Sheinberg (Pro Hac Vice)
nancy@mullerlaw.com
MULLER LAW, LLC
47 Wood Ave.
Barrington, Rhode Island 02806
Telephone:  (401) 256-5171
Facsimile:  (401) 256-5178

**DEFENDANT WCP CONSTRUCTION CORP.,**
By its attorney,

/s/ Peter Cole
Peter Cole (BBO #667404)
attypetercole@gmail.com
70 Hichborn Street, Unit 2C
Brighton, MA 02135
Telephone: (857) 559-1007

**DEFENDANTS EXCEL GROUP CORP., WEDER PEREIRA, and CRISTINA PEREIRA,**
By their attorney,

/s/ Christopher J. Fein
Christopher Fein (BBO #654403)
cjfein@feinlawoffice.com
Fein Law Office, PC
50 Braintree Hill Office Park – Suite 302
Braintree, MA 02184
Telephone: (781) 356-5555
Facsimile: (781) 356-5504

**DEFENDANTS NATIONAL LUMBER COMPANY, RELIABLE TRUSS AND COMPONENTS, INC., MANUEL PINA, and STEVEN KAITZ,**
By their attorneys,

/s/ Benjamin R. Davis
Erik J. Winton (BBO #600743)
wintone@jacksonlewis.com
Benjamin R. Davis (BBO #673017)
benjamin.davis@jacksonlewis.com
JACKSON LEWIS PC
75 Park Plaza
Boston, MA 02116
Telephone: (617) 367-0025
Facsimile: (617) 367-2155

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 4th day of May, 2020, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, with a copy sent via electronic mail to all registered recipients and via first-class mail to all unregistered recipients.

                                                    /s/ Nancy S. Sheinberg
                                                  Muller Law, LLC
                                                  Counsel for Plaintiffs